FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00990-BNB

ARNOLD WEHMAS,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION FACILITIES,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Arnold Wehmas, currently is detained at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Wehmas, acting *pro se*, initiated this action by filing a Motion for Injunctive Relief. In an order entered on April 19, 2011, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Wehmas to cure certain deficiencies in his Complaint. Specifically, Magistrate Judge Boland directed Mr. Wehmas to submit his claims on a Court-approved form used in filing prisoner complaints. Mr. Wehmas also was directed either to pay the $350.00 filing fee in advance or in the alternative to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-Approved form. Magistrate Judge Boland further instructed Mr. Wehmas to submit a certified copy of his prison account statement for the six months immediately preceding the filing of this action if he desired to proceed pursuant to § 1915.

Magistrate Judge Boland warned Mr. Wehmas that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Rather than cure the deficiencies, Mr. Wehmas submitted a Letter to the Court on May

13, 2011, asking that the Court provide injunctive relief without requiring that he file a law suit. Magistrate Judge Boland denied Mr. Wehmas's request and instructed him that to seek either money damages or injunctive relief in this Court he must proceed with an action and assert his claims on a Court-approved form. Magistrate Judge Boland allowed Mr. Wehmas an additional thirty days to comply with the April 19 Order and instructed him that if he failed to comply within the time allowed the Complaint and action would be dismissed without further notice.

Mr. Wehmas now has failed to submit his claims on a Prisoner Complaint form and either pay the $350.00 filing fee or in the alternative submit a request to proceed pursuant to § 1915 on a Court-approved form. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __23rd__ day of ____June____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00990-BNB

Arnold Wehmas
Prisoner No. 0814490
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk